# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

DARLENE GROTH,

              Plaintiff,

vs.                                       Case Number: 17-cv-99-GKF-FHM

STATE FARM FIRE AND CASUALTY COMPANY,

              Defendant.

## ADMINISTRATIVE CLOSING ORDER

The Court has been advised by counsel that this action has been settled [Doc. #19], it is hereby ordered that the Clerk administratively terminate this action in his records, without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**FURTHER**, if by September 25, 2017, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED** this 25th day of August, 2017.

_____
Gregory K. Frizzell, Chief Judge
United States District Court